UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-00301-DFM | Date: | September 14, 2026 |
| Title | Sergei Safarian v. Fuillermo Urbina, Jr. et al | | |

| | |
|---|---|
| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause**

On July 20, 2026, the Court issued an Order Setting Rule 26(f) Scheduling Conference, which stated that "[t]he Joint Rule 26(f) Report shall be filed no later than fourteen (14) days before the scheduling conference." Dkt. 27. It is now fewer than fourteen days before the Scheduling Conference set for September 22, 2026, and no Joint 26(f) Report has been filed.

It is Plaintiff's responsibility to move this case toward completion. **Accordingly, Plaintiff is ordered to show cause in writing no later than September 18, 2026, why this action should not be dismissed for lack of prosecution and for failure to file a joint report under Rule 26(f).** As an alternative to a written response by Plaintiff, the Court will consider an appropriate response to this Order the filing of the parties' Joint Rule 26(f) Report on or before the above date. Failure to file a timely and appropriate response to this Order may result in dismissal by the court.

The Scheduling Conference remains on calendar for September 22, 2026 at 9:30 a.m.